STATE of Minnesota, Respondent,

v.

Wilbert Lee GRANGER, Appellant.

No. 47134.

Supreme Court of Minnesota.

Nov. 18, 1977.

Fitzgerald & Crandall and William A. Crandall, Minneapolis, for appellant.

Warren Spannaus, Atty. Gen., St. Paul, Gary W. Flakne, County Atty., Vernon E. Bergstrom, Chief, Appellate Div., David W. Larson and Phebe S. Haugen, Asst. County Attys., and Lee W. Barry, Law Clerk, Minneapolis, for respondent.

PER CURIAM.

Defendant was found guilty by a district court jury of a charge of criminal sexual conduct in the first degree, Minn.St. 609.-342(c)(d), and was sentenced by the trial court to a limited maximum term of 7 years in prison. On this appeal from judgment of conviction, defendant contends that there was, as a matter of law, insufficient evidence to justify a verdict of guilty. There is no merit to this contention. Contrary to what defendant argues, corroboration of the complainant's testimony was not required. Minn.St. 609.347, subd. 1, provides that "[i]n a prosecution under sections 609.-342 to 609.346, the testimony of the complainant need not be corroborated." Even if there were a corroboration requirement, it would not have benefited defendant because the complainant's testimony was in fact corroborated. *State v. Ani,* Minn., 257 N.W.2d 699 (1977).

Affirmed.